LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE YANEZ, JR., | No.  EDCV 11-0632 SS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the terms of the stipulation.

DATE: _February 21, 2012          _____/S/_____
                                   HON. SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE

-1-